**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No.: 1:20-cv-3186

Deborah Laufer,
    Plaintiff,
v.
TOWER ROAD LODGING, LLC,
    Defendant(s).

**PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS**

I hereby certify that the instant action is not related to any pending or closed civil or criminal action previously filed in this Court, or any other Federal or State Court, or administrative agency.

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2020, I filed the foregoing using the Court's electronic filing system, which will serve all counsel of record electronically.

                                        s/ Suzette M. Marteny Moore
                                        ***Suzette M. Marteny Moore***
                                        S. Moore Law, PLLC
                                        2690 S. Combee Road
                                        Lakeland, Florida 33803
                                        Telephone: (863) 229-2140
                                        E-mail 1: S.Moore@SMooreLaw.com
                                        E-mail 2: Eservice@SMooreLaw.com
                                        *Attorney for Plaintiff, Deborah Laufer*